## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 11/3/16 @ 11:13 am |
| NAME OF SERVER (PRINT) Morty Walters | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: San Juan School District 3738 Walnut Ave. Sacramento, CA 95608

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Yvonne Fujimoto, Admin Asst legal dept

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/7/16
Date            Signature of Server

Address of Server: 915 Highland Pointe Dr. #250 Roseville CA 95678
Placer Co. 09-010