STEPHANIE DORIA WILEY (SBN 196825)
*sdoriawiley@rukinhyland.com*
RUKIN HYLAND LLP
1939 Harrison Street, Suite 290
Oakland, California 94612
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Attorneys for Plaintiff A.M.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor by and through his guardian ad litem CHRISTOPHER MROZINSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN JUAN UNIFIED SCHOOL DISTRICT, 1ST STEP APPLIED BEHAVIOR ANALYSTS, INC., NICHOLAS TICHE, and TRACY MCDONALD,<br><br>Defendants. | Case No. 2:16-cv-02380-KJM-KJN<br><br>**ORDER EXCUSING MINOR PLAINTIFF'S ATTENDANCE AT HEARING ON MOTION TO APPROVE MINOR'S PLAINTIFF'S SETTLEMENT**<br><br>Date: April 6, 2018<br>Time: 10:00 a.m.<br>Location: Courtroom 3, 15th Floor<br>Judge: Hon. Kimberly Mueller |

1    Minor Plaintiff A.M. filed a Motion for Order Approving Settlement of Minor Plaintiff's Claims, which is set for hearing on April 20, 2018 at 10:00 a.m. in this Court. Eastern District Local Rule 202(d) provides that a minor shall personally attend the hearing on the motion for approval of settlement of the minor's claims unless the Court excuses the minor's attendance for good cause shown. Plaintiff's guardian ad litem has submitted a declaration attesting that due to Plaintiff's disabilities, it would be impossible for Plaintiff to attend the hearing on Plaintiff's Motion without extreme difficulty, and has requested that Plaintiff's personal attendance at the hearing be excused.

The Court HEREBY ORDERS as follows:

Good cause exists to excuse the minor Plaintiff's personal attendance at the hearing on Plaintiff's Motion for Approval of the Minor Plaintiff's Settlement, and Plaintiff is therefore not required to attend the hearing.

IT IS SO ORDERED.

DATED: April 10, 2018.

_____
UNITED STATES DISTRICT JUDGE