STEPHANIE DORIA WILEY (SBN 196825)
*sdoriawiley@rukinhyland.com*
RUKIN HYLAND LLP
1939 Harrison Street, Suite 290
Oakland, California 94612
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Attorneys for Plaintiff A.M.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor by and through his guardian ad litem CHRISTOPHER MROZINSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN JUAN UNIFIED SCHOOL DISTRICT, 1ST STEP APPLIED BEHAVIOR ANALYSTS, INC., NICHOLAS TICHE, and TRACY MCDONALD,<br><br>Defendants. | Case No. 2:16-cv-02380-KJM-KJN<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL** |

1  Now before the Court is Plaintiff's Request for Dismissal of the above-captioned matter pursuant to Fed. R Civ. P. 41(a)(2). The Parties in this matter reached a settlement of all claims on February 11, 2018. (Dkt. 36). After a hearing on April 20, 2018, the Court on April 25, 2018 issued an order approving the settlement and setting forth the appropriate disbursement of the settlement funds. (Dkt. 46). Plaintiff reports that Defendants have paid the settlement amounts pursuant to the Parties' settlement agreement, and the settlement funds have been distributed pursuant to the Court's April 25, 2018 Order. Therefore, the Court finds that good cause exists and the facts and circumstances justify granting Plaintiff's Request. The above-captioned case is hereby dismissed with prejudice, with each side to bear its own fees and costs pursuant to the terms of the settlement agreement.

IT IS SO ORDERED.

DATED: May 31, 2018

_____
UNITED STATES DISTRICT JUDGE